RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Victoria Haire

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>VICTORIA HAIRE,<br><br>*Defendant.* | NO. 1:17-cr-00184-SAB<br><br><br>ORDER RE WAIVER OF DEFENDANT'S PERSONAL PRESENCE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 43 (b)(2) |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

Defendant VICTORIA HAIRE ("Ms. Haire") has been advised of her right to be personally present at all stages of the court proceedings in the above entitled misdemeanor action against her involving an offense punishable by fine or by imprisonment for not more than one year, or both. Ms. Haire hereby waives her right to be present for any of the proceedings in the action and request that the court permit her arraignment, plea, trial, and sentencing to occur in her absence pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(2).

Ms. Haire agrees that her interests in the above entitled action shall be represented by the presence of her attorney, Richard M. Oberto, at all times as if she were personally present. Ms. Haire agrees that notice to her attorney that her personal presence is required for a court hearing

at a specific time and place will be deemed notice to Ms. Haire of the requirement of her personal presence.

DATED: 8/18/2017                              /s/ Victoria Haire
                                                          VICTORIA Haire
                                                          Defendant
                                                          *Original signature retained by*
                                                            *attorney Richard M. Oberto*

DATED: 8/23/2017                              /s/ Richard M. Oberto
                                                          RICHARD M. OBERTO
                                                          Attorney for Defendant,
                                                          Joseph Alvarez
                                                          *Original signature retained by*
                                                            *attorney Richard M. Oberto*

## **ORDER**

IT IS HEREBY ORDERED that Defendant, Victoria Haire, is hereby excused from personally appearing pursuant to Fed. R. Crim. P. 43(b)(2), unless the government objects within 7 days of the docketing of this order, for proceedings in this action. If the government objects, the Court will then decide the matter based upon the opposition. However, absent any objection, the defendant shall be ordered to appear telephonically at her arraignment hearing on September 21, 2017, beginning at 9:00 a.m. At the time of the hearing, defendant's counsel shall provide to the Court's Courtroom Deputy Clerk with a telephone number to call the defendant

//

//

when her matter is called.  A failure to appear telephonically shall result in an arrest warrant being issued for the defendant.  Defendant's counsel shall be personally present.

IT IS SO ORDERED.

Dated: __August 25, 2017__

_____
UNITED STATES MAGISTRATE JUDGE