# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>VICTORIA HAIRE,<br><br>        Defendant. | Case No. 1:17-cr-00184-SAB<br><br>ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>(ECF No. 18) |

On April 4, 2018, Defendant Victoria Haire filed a Notice of Request to Seal Documents. Defendant seeks to file under seal her Request to File Under Seal and notices to the witnesses of the subpoena of records. The Court finds that good cause exists to file the documents under seal to protect the confidentiality of the minor.

Accordingly, IT IS HEREBY ORDERED THAT Defendant Victoria Haire's request to file documents under seal is GRANTED.

IT IS SO ORDERED.

Dated: __**April 4, 2018**__

                                      UNITED STATES MAGISTRATE JUDGE

1