# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00184-SAB |
|---|---|
| Plaintiff, | ORDER DIRECTING DEFENDANT TO FILE DOCUMENTS UNDER SEAL |
| v. | (ECF No. 19) |
| VICTORIA HAIRE, | THREE DAY DEADLINE |
| Defendant. | |

On April 4, 2018, Defendant Victoria Haire filed a Notice of Request to Seal Documents. On April 5, 2018, an order was filed granting the request. However, the documents have not yet been filed. Defendant is HEREBY DIRECTED to file the notice of subpoenas and subpoenas under seal within three days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **May 7, 2018**

UNITED STATES MAGISTRATE JUDGE

1