MCGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-184-LJO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO VACATE TRIAL AND STAY PROSECUTION |
| VICTORIA HAIRE | |
| Defendant. | |

## **BACKGROUND**

This matter is currently scheduled for trial on **November 6, 2018**. The parties have reached a written deferred prosecution agreement in this case that stays prosecution in the matter for a period of 24 months in order for the defendant to demonstrate good conduct. Therefore, the parties request that the trial date be vacated and that the period from October 23, 2018 through October 23, 2020 be excluded under the Speedy Trial Act, 18 United States Code Section 3161(h)(2) for such deferral.

A proposed order appears below.

//
//
//
//

1

# STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that trial date of November 6, 2018 be VACATED. Time from October 23, 2018 through October 23, 2020 shall be excluded under the Speedy Trial Act, 18 United States Code Section 3161(h)(2) because the prosecution has been deferred by attorneys for the government pursuant to a written agreement. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: October 24, 2018　　　　　　　　　　By: /s/ Laura D. Withers
　　　　　　　　　　　　　　　　　　　　　　　Laura D. Withers
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: October 24, 2018　　　　　　　　　　By:　/s/ Richard M. Oberto
　　　　　　　　　　　　　　　　　　　　　　　Richard M. Oberto
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Victoria Haire

# O R D E R

IT IS SO ORDERED.

　Dated:　**October 25, 2018**　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE