1  MCGREGOR W. SCOTT
   United States Attorney
2  LAURA D. WITHERS
   MICHAEL G. TIERNEY
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-184-NONE |
|---|---|
| Plaintiff, | |
| v. | JOINT MOTION AND ORDER TO DISMISS |
| VICTORIA HAIRE, | |
| Defendant. | |

In October 2018, the parties reached an agreement to defer prosecution of this matter for a period of two years provided the defendant successfully comply with certain conditions. *See* Doc. 39. The defendant has complied with each of those conditions. The United States therefore moves to dismiss this matter with prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The defendant joins in the motion.

A proposed order appears below.

                                          Respectfully submitted,

                                          MCGREGOR W. SCOTT
                                          United States Attorney

DATED: October 21, 2020                   By: /s/ Laura D. Withers
                                          Laura D. Withers
                                          Assistant United States Attorney


DATED: October 21, 2020                   By:/s/ Richard M. Oberto
                                          Richard M. Oberto
                                          Attorney for Victoria Haire

1

**ORDER**

  **IT IS SO ORDERED.** This matter is dismissed with prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

  Dated:  **October 23, 2020**       /s/ Dale A. Drozd
                  UNITED STATES DISTRICT JUDGE

2